UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ADAM CLAYON GIFFORD, | ) | | |
|---|---|---|---|
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 1:19-CV-228-HSM-CHS |
| | ) | | |
| TIM FULER, SCOTTY MCKAY, | ) | | |
| PAIGE SHELTON, TYLER MILLIKEN, | ) | | |
| TRACIE PARTIN, SKYLER | ) | | |
| THRASHER, ELIJAH CHAMPION, and | ) | | |
| JASON TAYLOR, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                */s/ Harry S. Mattice, Jr.*
                HARRY S. MATTICE, JR.
                UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT